UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**12102 SE RAYMOND STREET, PORTLAND, MULTNOMAH COUNTY, STATE OF OREGON,**
REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS,
et al., *in rem*,

Defendants.

CV 06-1267-MA

**STIPULATED ORDER STAYING PROCEEDINGS**

On September 5, 2006, the United States of America filed a Complaint *in rem* for Forfeiture in the above-captioned case. On November 9, 2006, Sabina Vieru and CTA Investments LLC filed a Statement of Interest, and on November 20, 2006, filed an answer to the government's complaint.

Claimant Sabina Vieru is currently under investigation by the United States for criminal violations related to this civil forfeiture proceeding.

The United States of America and Sabina Vieru stipulate that this Court may issue this order and stay this forfeiture proceeding under the conditions that follow.

IT IS ORDERED that all discovery by plaintiff, United States of America, from claimants, Sabina Vieru and CTA Investments LLC, and that all discovery by claimants, Sabina Vieru and CTA Investments LLC, from the plaintiff, United States of America, is stayed until final resolution of the criminal proceedings against claimant Sabina Vieru. This stay shall not preclude Sabina Vieru and CTA Investments LLC from conducting discovery in any other civil proceeding or suit in which Sabina Vieru and/or CTA Investments LLC are interested parties. This Court will issue a new procedural order at a later date allowing the United States, Sabina Vieru, and CTA Investments LLC adequate time to complete discovery.

IT IS FURTHER ORDERED that while this stay is in effect, claimant, Sabina Vieru, agrees to maintain the defendant real properties, including maintaining fire and liability insurance policies, keeping current all mortgage and real estate tax payments due, and paying all other reasonable and necessary expenses associated with the property throughout the pendency of this action.

IT IS FURTHER ORDERED that claimants, Sabina Vieru and CTA Investments, LLC, will not attempt to sell, encumber, or develop the defendant real properties without the written consent of the United States of America.

IT IS FURTHER ORDERED that in the event Sabina Vieru is adjudicated a fugitive from state or federal prosecution, she hereby consents to entry of a judgment of forfeiture of her interest, and the interest of CTA Investments, LLC, in the defendant real properties; this stay is terminated; and this Court, after notice to claimants and a reasonable opportunity to be heard, shall enter a final judgment of forfeiture as to the defendant real properties.

IT IS FURTHER ORDERED that upon expiration of this period plaintiff or claimants may reapply to this Court for a further stay upon good cause shown.

DATED this 22 day of October, 2007.

MALCOLM F. MARSH
United States District Judge

SO STIPULATED:

STEVEN B. UNGER
Attorney for Claimants Sabina Vieru
and CTA Investments LLC

SCOTT E. ASPHAUG
Assistant United States Attorney
of Attorneys for Plaintiff United States of America